IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company,<br><br>        Plaintiff,<br><br>vs.<br><br>Coni Rebarcak, et al.,<br><br>        Defendants. | No. CV-11-00281-PHX-ROS<br><br>**ORDER TO SHOW CAUSE** |

IT IS ORDERED that by **April 22, 2011**, Plaintiff shall show good cause why:

\_\_\_\_\_ this case should not be dismissed pursuant to Fed.R.Civ.P. 4(m) with respect to any and all Defendants that have not yet been served in accordance with the provision of Rule 4 of the Federal Rules of Civil Procedure.

__X__ this case should not be dismissed pursuant to Fed.R.Civ.P. 41(b) for failure to prosecute.

\_\_\_\_\_ this case should not be dismissed or default entered pursuant to Fed.R.Civ.P. 41(b) for failure to comply with the Rules and/or the Orders of this Court.

\_\_\_\_\_ this case should not be dismissed for lack of prosecution pursuant to Rule 41.1 of the Rules of Practice of the United States District Court for the District of Arizona. **(6 months/no activity)**

\_\_\_\_\_ this case should not be dismissed or default entered and other sanctions, including attorney's fees, imposed pursuant to Rule 37(b) and/or the inherent power of the Court.

_____ should not be cited for contempt of court for

IT IS FURTHER ORDERED that the Clerk of the Court shall send copies of this Order to all counsel of record.

DATED this 6th day of April, 2011.

Roslyn O. Silver
Chief United States District Judge