DL Investigations & Attorney Support LLC
1717 E. Morten Ave., Ste. 100
Phoenix, AZ 85020
(602) 285-9901

Inv. # 81696

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Plaintiff / Petitioner,

vs.

CONI REBARCAK AND JEFF REBARCAK; ET AL.

Defendant / Respondent.

NO. 4:10-cv-00610-DCB

CERTIFICATE OF SERVICE

**OUT OF TOWN SERVICE**, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:
SUMMONS AND COMPLAINT, NON-UNIFORM INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS JEFF AND CONI REBARCEK dba R3 HODLINGS, CORPORATE DISCLOSURE STATEMENT

from **DIANE M. LUCAS P.C.** on **10/22/10**; that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

NAME: CONI REBARCAK AND JEFF REBARCAK

DATE & TIME: 10/27/10 1:25PM
PLACE & MANNER: 2412 COMSTOCK COURT NAPERVILLE, IL 60654, which is his/her usual place of abode. By serving CONI REBARCAK FOR HERSELF AND JEFF REBARCAK, a person of suitable age and discretion residing therein, in person.

FURTHER MORE, A TRUE AND CORRECT COPY OF THE SUMMONS AND COMPLAINT, NON-UNIFORM INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS JEFF AND CONI REBARCAK D/B/A HOLDINGS, CORPORATE DISCLOSURE STATEMENT, IN A SEALED ENVELOPE ADDRESSED TO REBARCAK, JEFF AT 2412 COMSTOCK CT., NAPERVILLE, IL 60654.

**Statement of Costs**

| | | |
|---|---|---|
| Services | $75.00 | |
| Mileage | | |
| Sp. Handl. | $60.00 | |
| Witness | | |
| Advances | | |
| Cert. Prep | | S/C FED EX |
| Other | $32.50 | |
| Total | $167.50 | |

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.

State of Arizona

General No.: CV10610TUC

County of USDC ARIZONA

### AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 10/27/2010 at 1:25:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT ; NON-UNIFORM INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS JEFF AND CONI REBARCAK D/B/A HOLDINGS, CORPORATE DISCLOSURE STATEMENT on Rebarcak, Jeff as shown below:

Substitute service was made by leaving a true and correct copy of the SUMMONS and COMPLAINT ; NON-UNIFORM INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS JEFF AND CONI REBARCAK D/B/A HOLDINGS, CORPORATE DISCLOSURE STATEMENT, at the usual place of abode of Rebarcak, Jeff with a person residing therein, to wit Rebarcak, Coni, wife, a person of the age of 13 years or upwards, who was informed of the contents thereof.

Said service was effected at 2412 Comstock Ct., Naperville, IL  60654

Furthermore, I caused to be mailed, first class postage fully prepaid, a copy of the SUMMONS and COMPLAINT ; NON-UNIFORM INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS JEFF AND CONI REBARCAK D/B/A HOLDINGS, CORPORATE DISCLOSURE STATEMENT in a sealed envelope addressed to Rebarcak, Jeff, 2412 Comstock Ct., Naperville, IL 60654

Description of Person Served: Sex: F   Height: 507   Weight: 150   Race: W   Age: 39

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

10-28-10
Dated

Leroy Karczewski
117-000192

COPY

**State of Arizona**

**General No.: CV10610TUC**

**County of USDC ARIZONA**

### AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 10/27/2010 at 1:25:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT ; NON-UNIFORM INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS JEFF AND CONI REBARCAK D/B/A HOLDINGS, CORPORATE DISCLOSURE STATEMENT.

Personally served a copy of the SUMMONS and COMPLAINT ; NON-UNIFORM INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS JEFF AND CONI REBARCAK D/B/A HOLDINGS, CORPORATE DISCLOSURE STATEMENT, by giving the within named Rebarcak, Coni at 2412 Comstock Ct., Naperville, IL, 60654

Description of Person Served: Sex: F  Height: 507  Weight: 150 Race: W Age: 39

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

10-28-10
Dated

Leroy Karczewski
117-000192

COPY