IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Mutual Automobile Ins. Co., )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>Coni Rebarcak; et. al., )<br>)<br>  Defendants. )<br>_____) | No. CV-11-281-PHX-ROS<br><br>**JUDGMENT** |

Defendants were properly served with a Summons and Complaint alleging breach of contract. Defendants failed to appear and plead within the time allowed by law. Default was duly entered against Defendants Coni Rebarcak and Jeff Rebarcak by the Clerk of Court as provided by law. Default became effective upon Defendants' failure to plead or otherwise defend within ten days of the filing of the entry of default. The judgment amount herein is a sum certain.

Accordingly,

/ / /

1    **IT IS ORDERED** Plaintiff's motion for default judgment **(Doc. 20)** is **GRANTED**.

2    **IT IS ORDERED** judgment is entered in favor of Plaintiff and against Defendants

3  Coni Rebarcak and Jeff Rebarcak in the principal sum of $812,715.59, plus interest thereon

4  pursuant to 28 U.S.C. 1961(a) from the date of this judgment until paid in full.

5    DATED this 2nd day of June, 2011.

_____
Roslyn O. Silver
Chief United States District Judge